UNITED TRANSPORTATION COMPANY, Respondent, *v.* JOHN
D. HASS, Appellant.

*United Transportation Co.* v. *Hass,* 171 App. Div. 971, affirmed.

(Argued December 17, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered December 9, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict. The relief sought
was damages for injury to a motor bus owned by the
plaintiff, a New York state corporation, in a collision
at Pittsfield, Mass., due to the alleged negligence of
defendant's chauffeur. The defendant denied the alleged
negligence and claimed that the plaintiff's bus driver
was negligent and that at the time of the accident the
plaintiff's bus had no right to be upon the highway
under the statutes of the state of Massachusetts and
that under the law of the state of Massachusetts the
plaintiff could not recover.

*George B. Wellington* for appellant.

*J. Harris Loucks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND,
CRANE and ANDREWS, JJ.